# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SIMON LUNDY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-1249 |
| THOMAS R. IBEN, | ) |
| Defendant. | ) |

## O R D E R

I hereby recuse myself from further proceedings in this case pursuant to § 455(a) of Title 28, United States Code.

This case is referred to Chief Judge Michael McCuskey for reassignment.

Entered this 24th day of October, 2006.

s/ Michael M. Mihm
MICHAEL M. MIHM
U.S. DISTRICT JUDGE